450 A.2d 1032

Carlisle, Appellants v. Gatto.

Argued March 16, 1982.   Christopher F. Spina, for appellants;  August J. Costanzo, for appellee.

Before SPAETH, JOHNSON and HOFFMAN, JJ.

The order of the lower court is affirmed.

450 A.2d 1032

Commonwealth v. Anderson, Appellant.

Submitted September 15, 1981.   John W. Anderson, appellant, in propria persona;  Edgar Bayley, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, WATKINS and VAN der VOORT, JJ.

Judgment of sentence affirmed.